1001 [2007]; *Matter of Julicher v Town of Tonawanda*, 34 AD3d 1217 [2006]). We cannot conclude that "the facts are so fully presented in the papers of the respective parties that it is clear that no dispute as to the facts exists and no prejudice will result from the failure to require an answer" (*Matter of Nassau BOCES Cent. Council of Teachers v Board of Coop. Educ. Servs. of Nassau County*, 63 NY2d 100, 102 [1984]; *cf. Matter of Kuzma v City of Buffalo*, 45 AD3d 1308, 1311 [2007]; *Matter of Tozzo v Board of Appeals on Zoning of City of New Rochelle*, 179 AD2d 810, 811 [1992]). We therefore modify the judgment by vacating those parts granting the petition, and we grant respondent 20 days from service of the order of this Court with notice of entry to serve and file an answer. Present—Smith, J.P., Centra, Lunn, Fahey and Green, JJ.

■ TAMMY R. CHRISTIE, Appellant, v JOANN COADY et al., Respondents. (Appeal No. 1.) [869 NYS2d 817]

Present—Smith, J.P., Centra, Lunn, Fahey and Green, JJ.

■ TAMMY R. CHRISTIE, Appellant, v JOANN COADY et al., Respondents. (Appeal No. 2.) [870 NYS2d 690]—